# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Rockefeller Photos, LLC,

     Plaintiff,

v.

Larry's Super Market of Pelican Rapids,
Inc. and Mason Brothers Company,

     Defendants.

Case No.: 0:26-cv-00856-JMB-LIB

**MEET-AND-CONFER STATEMENT**

I, Nicholas L. Klehr, representing the Defendant, Mason Brothers Company, hereby certify pursuant to D. Minn. LR 7.1(a) that counsel met and conferred with Plaintiff's counsel regarding the issues raised in Defendant Mason Brothers' anticipated Rule 12 motion.

On July 16, 2026, I sent correspondence to Plaintiff's counsel, Daniel DeSouza, identifying the specific relief Mason Brothers intended to seek, including dismissal or narrowing of Plaintiff's state-law tortious interference and negligence claims, Plaintiff's contributory and vicarious infringement theories, Plaintiff's willfulness allegations, Plaintiff's demand for statutory damages and attorney's fees under 17 U.S.C. § 412, and, in the alternative, a more definite statement pursuant to Rule 12(e). The correspondence requested that Plaintiff voluntarily dismiss or narrow those claims, theories, or remedies, or otherwise provide a more definite statement, in order to avoid or narrow motion practice. Counsel also advised that Mason Brothers remained willing to discuss a litigation stay and early mediation and invited further discussion by telephone.

Plaintiff declined to voluntarily narrow or dismiss the challenged claims, theories, or remedies or otherwise provide the requested clarification. Accordingly, the parties were unable to resolve the issues raised by the motion, and Defendant Mason Brothers Company files the present motion.

X          Do **not** agree on the resolution of any part of the motion.

☐          Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:


KLEHR & MULLIGAN, PLLC


Dated: July 29, 2026                    */s/ Nicholas L. Klehr*
                                         Nicholas L. Klehr (#23932X)
                                         Lori L. Jensen-Lea (#0238995)
                                         *Attorneys for Defendant Mason Brothers*
                                         10125 Crosstown Circle, Suite 200
                                         Eden Prairie, MN 55344
                                         (952) 395-4450
                                         nklehr@klehrlaw.com
                                         ljensenlea@klehrlaw.com

2